William J. Connelly, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Gustav Falk, Respondent, v. Lewis K. Thurlow, Doing Business under the Firm Name and Style of Crowell & Thurlow, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

---

* Amd. by Laws of 1911, chap. 693. Now Labor Law of 1921, § 240, subds. 1, 2. — [Rep.